**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOON SHIN KIM, | Case No. CV 19-3814-DMG (Ex) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| SUMMIT MANAGEMENT COMPANY, LLC; and U.S. BANK TRUST, N.A., | |
| Defendants. | |

1  This Court having granted Defendants' Motion for Judgment on the Pleadings by
2  Order dated November 20, 2020,
3  IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in
4  favor of Defendants and against Plaintiff Soon Shin Kim.

6  DATED: November 20, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE